IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD JUNGMAN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CSX TRANSPORTATION, INC., | : | No. 10-4590 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **18th** day of **January, 2011**, upon consideration of Defendant CSX Transportation, Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), Plaintiff Richard Jungman's response thereto, Defendant's Reply thereon, and for the reasons stated in this Court's Memorandum dated January 18, 2011, it is hereby **ORDERED** that:

1. Defendant's Motion (Document No. 5) is **GRANTED**.

2. This action is **TRANSFERRED** to the United States District Court for the Middle District of Tennessee.

BY THE COURT:

*/s/ Berle M. Schiller*
**Berle M. Schiller, J.**